Attorney General, and *Edward P. O'Brien,* Deputy Attorney General, for respondents.

No. 935, Misc. DICKEY *v.* TEXAS ET AL. Ct. Crim. App. Tex. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, and *J. Milton Richardson* and *Howard M. Fender,* Assistant Attorneys General, for respondents.

No. 942, Misc. RUARK *v.* COLORADO. Sup. Ct. Colo. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, *Robert C. Miller,* Assistant Attorney General, for respondent.

No. 1177, Misc. MITCHELL *v.* STEPHENS, PENITENTIARY SUPERINTENDENT. C. A. 8th Cir. *John P. Sizemore* and *Sidney S. McMath* for petitioner. *Bruce Bennett,* Attorney General of Arkansas, *Fletcher Jackson,* Assistant Attorney General, and *Jack L. Lessenberry* for respondent.

No. 1184, Misc. CRAIG *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir.

No. 1229, Misc. O'CONNOR *v.* BURKE, WARDEN. Sup. Ct. Wis. Petitioner *pro se. Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Harold H. Persons,* Assistant Attorneys General, for respondent.

No. 1409, Misc. MARTINEZ *v.* CALIFORNIA. Sup. Ct. Cal.

No. 1447, Misc. WARNOCK *v.* OLIVER, WARDEN. Sup. Ct. Cal.

No. 1485, Misc. ROSEBROUGH *v.* CALIFORNIA ET AL. C. A. 9th Cir.

No. 1342, Misc. DELESPINE *v.* TEXAS. Ct. Crim. App. Tex. *M. Gabriel Nahas, Jr.,* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Execu-